Scott Huminski, pro se
2624 S. Bahama Drive
Gilbert, AZ 85295
s_huminski@live.com
(480) 243-8184

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **Scott Huminski,** | ) |
| Plaintiff, | ) |
| | ) |
| -V- | ) CIVIL ACTION |
| | ) |
| **Maricopa, County of,** | ) |
| **Maricopa County Attorney's Office,** | ) CASE NO. |
| **William Montgomery,** | ) |
| **Mark Faull,** | ) 2:2011-cv-02352 |
| **Gilbert, Town of,** | ) |
| **John Lewis,** | ) |
| **Patrick Banger,** | ) |
| **Tim Dorn,** | ) |
| **David Meyer, and** | ) |
| **Debra Hartin,** | ) |
| Defendants. | ) |

### MOTION FOR DEFAULT JUDGMENT

NOW COMES Plaintiff Scott Huminski pursuant to F.R.C.P. 55 (the "Plaintiff" or "Huminski") and moves for default judgment as follows:

1) Plaintiff attempted to delivery a "notice of lawsuit and request to waive service of summons" to county defendants on 12/9/2011 at 301 Jefferson, Phoenix.

2) Plaintiff was advised by Allan Walker and Lt. McCarthy that the documents were illegal and would not be accepted and any attempt to deliver legal papers in the instant matter would result in an arrest. Lt. McCarthy was

quite adamant in his position that delivery of legal papers was illegal and would result in retaliation.

3) A detective Lewis assaulted Huminski (with double hip replacements) and further advised him that hand delivering papers to the County attorneys office is illegal and that it was trespassing. Det. Lewis wrenched Huminski's arm and violently ejected him out the door of 301 Jefferson, Phoenix causing injury to Huminski's artificial hips.

4) As the County defendants have refused to allow hand delivery and used violence against the Plaintiff for the lawful delivery of court papers, the County defendants have defaulted in this matter and erected a wall of violence and arrest threats preventing service or delivery of any legal papers.

5) When forwarded by phone to the persons who make the legal decisions regarding deliveries and service, the woman answering the phone for the county attorney indicated that it was the sole responsibility of the above three men.

Dated at Gilbert, Arizona this 9th day of December, 2011.

Respectfully submitted,

Scott Huminski, Pro Se
2624 South Bahama Drive
Gilbert, AZ  85295
(480) 243-8184
s_huminski@live.com

Service prohibited via threats of arrest and past violence.

2