Scott Huminski, pro se
2624 S. Bahama Drive
Gilbert, AZ 85295
s_huminski@live.com
(480) 243-8184

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Scott Huminski, | ) |
|     Plaintiff, | ) |
| | ) CIVIL ACTION |
| -V- | ) |
| | ) CASE NO. |
| Maricopa, County of, et al., | ) |
| | ) 2:2011-cv-02352 -PHX-JAT |
|     Defendants. | ) |

### MOTION TO EXPEDITE RULING ON DEFAULT JUDGMENT

NOW COMES Plaintiff Scott Huminski (the "Plaintiff" or "Huminski") pursuant moves to expedite ruling on Plaintiff's Motion for Default Judgment as follows:

1. Plaintiff incorporates herein <u>AFFIDAVIT OF PLAINTIFF SCOTT HUMINSKI RE: VIOLENCE AND ARREST THREATS FOR DELIVERY OF COURT PAPERS</u>, dated 12/11/2011 and filed in this matter.

2. As the aforementioned affidavit set forth, Maricopa County, the Maricopa County Attorney and his employees/agents/co-defendants have chosen to use the sword instead of the pen regarding the instant lawsuit. Resolution of claims and disputes related to the instant matter in civilized court proceedings is untenable given the desire by defendants to use violence in these Court matters.

3. The use of violence by the Maricopa County and its agencies and departments as retaliation for the protected activity of seeking redress in federal court mandates default judgment against the County, the County attorney and his employees/agents. Response to criticism by the county in the instant matter in the form of court papers/pleadings will be met with the same violence, corruption and uncivilized behavior that is set forth in the aforementioned affidavit.



Dated at Gilbert, Arizona this 6th day of January, 2012.

                                                      _____
                                                      Scott Huminski, Pro Se

Service prohibited via threats of arrest and violence.