**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Scott Huminski,               ) | No. CV11-2352-PHX-JAT |
|            Plaintiff,         ) | **ORDER** |
| vs.                           ) |  |
| Maricopa County, et al.       ) |  |
|            Defendant.         ) |  |

Plaintiff Scott Huminski filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) on March 26, 2012. (Doc. 19.) Plaintiff correctly notes that he has the right to dismiss his case without a Court Order because he filed his Notice of Dismissal before any party had served an answer or a motion for summary judgment. F.R.Civ.P. 41(a)(1)(I).

In his Notice, Plaintiff writes, "this case is dismissed without prejudice as to all defendants who have not filed a responsive pleading." (Doc. 19 p.2.) No Defendant has filed a responsive pleading in this case because no Defendant has filed an answer. Defendant Tim Dorn filed a Motion to Dismiss (Doc. 16), but a motion to dismiss is not a responsive pleading within the meaning of the Federal Rules of Civil Procedure. *Randle v. Crawford*, 604 F.3d 1047, 1052 (9th Cir. 2010); *Shaver v. Operating Engineers Local 428 Pension Trust Fund*, 332 F.3d 1198, 1201 (9th Cir. 2003).

The Court therefore construes Plaintiff's Notice as a voluntary dismissal of his entire

1  case. No Defendant has filed a response to the Notice of Dismissal. Pursuant to Local Rule
2  of Civil Procedure 7.2(i), the Court deems the failure to respond as consent to dismissal
3  without prejudice.
4      Accordingly,
5      **IT IS HEREBY ORDERED** pursuant to Plaintiff's Notice of Dismissal (Doc. 19),
6  that this case is dismissed in its entirety without prejudice.
7      **IT IS FURTHER ORDERED** denying as moot all pending motions in this case.
8      DATED this 25th day of April, 2012.

James A. Teilborg
United States District Judge